IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA f/k/a TRAVELERS INDEMNITY COMPANY OF ILLINOIS** | ) ) ) ) ) ) | |
| **Plaintiff** | ) ) | |
| vs. | ) ) ) | |
| **FEDERATED RURAL ELECTRIC INSURANCE EXCHANGE** | ) ) ) ) | CIVIL ACTION NO.: 3:08cv83DPJ-JCS |
| **Defendant and Third-Party Plaintiff** | ) ) | |
| vs. | ) ) ) | |
| **FRANK LAIRD CONSTRUCTION, INC.** | ) ) ) | |
| **Third-Party Defendant** | ) ) | |

## AGREED ORDER OF DISMISSAL

**THIS MATTER** having come on to be heard upon the joint *ore tenus* motion of Plaintiff Travelers Property Casualty Company of America f/k/a Travelers Indemnity Company of Illinois ("Travelers") and Defendant/Third-Party Plaintiff Federated Rural Electric Insurance Exchange ("Federated"), for the dismissal of all claims, counterclaims and any third-party claims with full prejudice, and the Court being advised that Travelers and Federated have reached a settlement agreement and being otherwise fully informed herein finds that the joint motion is well-taken and should be granted.

1

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that all claims, counterclaims and any third-party claims asserted by any party in this action be and hereby are dismissed with full prejudice, with each party to bear its own costs, fees and expenses.

**SO ORDERED AND ADJUDGED** this the 3rd day of December, 2009.

                                     s/ *Daniel P. Jordan III*
                                     UNITED STATES DISTRICT JUDGE

**AGREED BY:**

**s/R. Douglas Morgan**
**R. DOUGLAS MORGAN (MB # 10025)**

**ATTORNEY FOR TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA f/k/a TRAVELERS INDEMNITY COMPANY OF ILLINOIS**

**s/Bradley F. Hathaway**
**BRADLEY F. HATHAWAY (MB #10203)**

**ATTORNEY FOR FEDERATED RURAL ELECTRIC INSURANCE EXCHANGE**